**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7212

KELVIN A. CANADA,

             Plaintiff - Appellant,

        v.

RICKY FANNIN, Former Correctional Officer at Red Onion State
Prison; J. NALE, Officer at Red Onion State Prison; J.
BARRETT, Officer at Red Onion State Prison; R. GIBSON,
Officer at Red Onion State Prison,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:10-cv-00432-SGW)

Submitted:  February 9, 2012       Decided:  February 14, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin A. Canada, Appellant Pro Se.   Richard Carson Vorhis,
Senior Assistant Attorney General, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Canada v. Fannin, No. 7:10-cv-00432-SGW (W.D. Va. Sept. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED